NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLARIBEL A. CORONA,                          )
                                             )
          Appellant,                         )
                                             )
v.                                           )
                                             )
CITIMORTGAGE, INC; AMY J. CORONA;            )
COUNTRY CHASE MASTER                         )      Case No.  2D16-4943
HOMEOWNERS ASSOCIATION, INC.;                )
COUNTRY CHASE TOWNHOMES                      )
PROPERTY OWNERS ASSOCIATION,                 )
INC.; COUNTRY CHASE RESIDENTIAL              )
HOMEOWNERS ASSOCIATION, INC.;                )
ANY AND ALL UNKNOWN PARTIES                  )
CLAIMING BY, THROUGH, UNDER,                 )
OR AGAINST THE HEREIN NAMED                  )
INDIVIDUAL DEFENDANT(S) WHO ARE              )
NOT KNOWN TO BE DEAD OR ALIVE,               )
WHETHER SAID UNKNOWN PARTIES                 )
MAY CLAIM AN INTEREST AS                     )
SPOUSES, HEIRS, DEVISEES,                    )
GRANTEES, OR OTHER CLAIMANTS;                )
UNKNOWN TENANT whose name is                 )
fictitious to account for parties in         )
possession,                                  )
                                             )
          Appellees.                         )
_____          )

Opinion filed February 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; Mark  D. Kiser,
Judge.

Mark P. Stopa of Stopa Law Firm, LLC,
Tampa; and Latasha Scott of Lord Scott,
PLLC, Tampa, for Appellant.

Nancy M. Wallace of Akerman LLP,
Tallahassee; William P. Heller of
Akerman LLP, Fort Lauderdale; and Eric
M. Levine of Akerman LLP, West Palm
Beach, for Appellee CitiMortgage, Inc.

No appearance for remaining Appellees.


PER CURIAM.


Affirmed.


SILBERMAN, CRENSHAW, and LUCAS, JJ., Concur.